FILED
JAN 25 2023
RORY PERRY, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 2:23-cr-00016
     18 U.S.C. § 641
     18 U.S.C. § 2

**RHONDA NOTGRASS**

## INFORMATION

The United States Attorney Charges:

On or about September 16, 2020, at or near Washington, Wood County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant RHONDA NOTGRASS, aided and abetted by a person known to the United States Attorney, did willfully and knowingly steal, purloin, and convert to her own use, on a recurring basis, money and things of value of the United States, that is, Coronavirus Aid, Relief, and Economic Security Act Pandemic Unemployment Assistance benefits.

In violation of Title 18, United States Code, Sections 641 and 2.

WILLIAM S. THOMPSON
United States Attorney

By: _____
Kathleen E. Robeson
Assistant United States Attorney